## Commonwealth *v.* Price, Appellant.

Submitted April 14, 1975. *Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Renz, Appellant.

Submitted April 18, 1975. *Richard Peter Krill,* and *James D. Murphy,* Public Defender, for appellant; *W. Bertram Waychoff,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.